to accept notice of appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT RUSSELL.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KINGSTON CONSTRUCTION CO., INC., v. REALTY SURETIES, INC.— Motion granted so far as to direct the respondent's attorney to accept service of the case on appeal served on December 2, 1927, and of appellant's points served on December 9, 1927, and that appellant serve and file notice of argument for the 10th day of January, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AUGUST BISCHOFF.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of the SECOND RUSSIAN INSURANCE COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the NORTHERN INSURANCE COMPANY OF MOSCOW.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Trusteeship under the Will of MARIA T. HAWKE, Deceased. — Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK SILVER v. PARK-LEX HOLDING CORPORATION and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERTHA C. ZINN, as Administratrix, etc., of EDWARD F. ZINN, Deceased, v. AMERICAN RAILWAY EXPRESS COMPANY.— Preference granted for January 3, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CONSTANCE W. TERRY and Others, as Administrators, etc., of WALDRON WILLIAMS, Deceased, v. MARX REALTY AND IMPROVEMENT CO., INC., and Another. — Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, and the Interests of Its Policyholders, Stockholders and the Public.—